# United States District Court
## Southern District of Georgia

MIKE ARTHUR LAMBERT,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-102
(Formerly CR 116-079)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 19, 2018 adopting the Report and Recommendation as the opinion of the Court, that Petitioner's Motion to Vacate under § 28 U.S.C. 2255 is granted as to the out-of-time appeal and dismisses without prejudice all other claims raised in the § 2255 motion. The Court vacates Petitioner's judgment in the underlying criminal case and enters a new Judgment in a Criminal Case that reimposes the same sentence, save only for the date of entry. Judgment is hereby entered in favor of Petitioner. This case stands closed.

09/20/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*